TAYLOR A. SNOW, Appellee, *vs.* JACOB GLOS, Appellant.

*Opinion filed April 19, 1913.*

REGISTRATION OF TITLE—*when a defendant need not be reimbursed for taxes and assessments paid.* In a proceeding to register title a defendant who holds a certificate of purchase upon which the time has expired for taking out a tax deed is not entitled to reimbursement for taxes and special assessments paid by him while holding such certificate. (*Kelle* v. *Egan,* 256 Ill. 45, followed.)

APPEAL from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding.

JOHN R. O'CONNOR, for appellant.

ENOCH J. PRICE, for appellee.

Mr. CHIEF JUSTICE DUNN delivered the opinion of the court:

The only point argued on this appeal is, that the circuit court erred in decreeing the registration of the appellee's title without requiring reimbursement of taxes and a special assessment paid by the appellant while he held a certificate of tax sale, upon which the time for the execution of a deed subsequently expired without any deed being taken. The question is decided against the appellant in *Kelle* v. *Egan,* 256 Ill. 45.                    *Decree affirmed.*